UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:09-CV-284-H

BRANCH BANKING & TRUST COMPANY,                                             PLAINTIFF
as Trustee of the Charles A. Brown & Elise A. Brown
Irrevocable Life Insurance Trust

V.

PACIFIC LIFE INSURANCE COMPANY                                            DEFENDANT

**MEMORANDUM**

The purpose of this Memorandum is to explain one last time the reason for various provisions with the jury instructions.

The Sixth Circuit has clearly stated the question for the jury on remand. The Circuit did not determine the appropriate measure of damages, nor did it discuss any issues related to damages such as mitigation by BB&T or delay by either party. In this way, the jury instructions are remarkably straightforward.

The Court has carefully considered these issues in its Memorandum Opinion and Order dated December 4, 2013. In that Memorandum, the Court determined that the amount of damages owed to BB&T, if any, was a fixed amount. Consequently, the Court has instructed the jury on several related legal issues concerning (1) John Hancock's ownership of the Pacific Life Policy, (2) Pacific Life's proper notice to John Hancock and (3) that BB&T and Pacific Life's actions subsequent to September 9, 2008, are not directly relevant to the question before the jury.

cc: Counsel of Record